gave notice of termination in August, 1954, no action for damages for breach of that contract for any period subsequent thereto may be maintained. (See *Rubin* v. *Dairymen's League Co-op Assn.*, 284 N. Y. 32, 38; *Winslow* v. *Mayo*, 123 App. Div. 758, 762, affd. 195 N. Y. 551; *Outerbridge* v. *Campbell*, 87 App. Div. 597.) Settle order on notice. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Estate of HELEN ORKIN, Deceased. JEANETTE SCHEIER et al., Appellants; WILLIAM ORKIN et al., Respondents.— Decree unanimously affirmed, with costs to the petitioner-respondent, William Orkin. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Estate of HELEN ORKIN, Deceased. JEANETTE SCHEIER et al., Appellants; WILLIAM ORKIN et al., Respondents.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Intermediate Accounting of ERNEST J. HOWE, as Executor of HUBERT S. HOWE, Deceased, Appellant. ESTELLE C. HOWE, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to all parties appearing separately and filing briefs, payable out of the estate. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ. [15 Misc 2d 1044.]

■ In the Matter of MADISON SQUARE GARDEN CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously modified on the facts, to the extent of fixing the values for Block 1040, Lot 29 (Manhattan) for the tax years 1956–57 and 1957–58 at: Land — $2,450,000; Building — $2,600,000; Total — $5,050,000, and as so modified, the order is affirmed, without costs. The values fixed by Special Term, on this record, were not justified insofar as modified. Settle order on notice. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between REYNOLDS METALS COMPANY, Appellant, and 666 FIFTH CORP. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ NEW YORK EXPOSITIONS, INC., Appellant, v. COLISEUM EXHIBITION CORPORATION et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of the Accounting of THOMAS I. FITZGERALD, Public Administrator of the County of New York, as Administrator of the Estate of JACOB TIM, Deceased, Respondent. VERA POSES et al., Appellants; LIZA KAHANE et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to all respondents appearing separately and filing briefs, payable out of the estate. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Executor of KATE L. ELIAS, Deceased, Respondent. BESSIE CONKLIN, Appellant; HARRY A. RAPP et al., Respondents.— Resettled decree unanimously affirmed, without costs of this appeal to any party. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ ROSELEEN G. MUSCOLINO, Respondent, v. ALFRED F. MUSCOLINO, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.